UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Arild Rossavik,                                          Civil No. 06-212 (RHK/AJB)

    Plaintiff,

vs.                                                      **ORDER FOR DISMISSAL**

CBC National Collections,

    Defendant.

---

Pursuant to the Stipulation of Dismissal With Prejudice (Doc. No. 8), the Complaint is **DISMISSED WITH PREJUDICE** and without costs, disbursements or attorney's fees to any party.

**LET JUDGMENT BE ENTERED ACCORDINGLY**.

Dated: June 8, 2006

                                        s/Richard H. Kyle
                                        RICHARD H. KYLE
                                        United States District Judge